UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____6/10/10_____

*Benjamin Holmes*

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

10 Civ. _4046_ (    )

**AMENDED
COMPLAINT**

-against-

*New York City Park & Recreation*
*Attd: Personnel*
*24 West 61st Street*
*New York N.Y. 10023 No 28347*

*Clinical Managed care N.Y. S. Office of*
*Temporary and Disability Assistance*
*P.O- Box 22023 Albany N.Y. 12201*
*By Fax 518-473 6735*

Jury Trial: ☐ Yes    ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

PRO SE OFFICE

**I.      Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your
        identification number and the name and address of your current place of confinement. Do the same
        for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name *Benjamin Holmes*
                 Street Address *P.O. Box 764*
                 County, City *Bronx*
                 State & Zip Code *New York        10469*
                 Telephone Number *917 971-4738 or 718 798 3602*

B.     List all defendants. You should state the full name of the defendant, even if that defendant is a
        government agency, an organization, a corporation, or an individual. Include the address where
        each defendant may be served. Make sure that the defendant(s) listed below are identical to those
        contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                        1

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED:

Defendant No. 1   Name _New York City Park & Recreation Atta Personnel_

Street Address _24 west 61st Street_

County, City _New York_

State & Zip Code _New York 10023_

Telephone Number _____

Defendant No. 2   Name _Clinical Managed Care N.y.s. office_   _Tempority or Disability_

Street Address _Assistance P.O. Box 22022 3_

County, City _Albany_

State & Zip Code _New York 1220l_

Telephone Number _____

Defendant No. 3   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions            ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _I ame a U.S.C. My Birth Place Beaufort S.C. I Bind a citien of New York For 43 years Burth day 4/19/53 Amended # 53-025560_

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _Bronx New York_

Defendant(s) state(s) of citizenship _New york N.y._

_____

*Rev. 12/2009*                    2

III.    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? New York Parks & Recreation

B.    What date and approximate time did the events giving rise to your claim(s) occur? Jun 25th of 206

C.    Facts: Doctor examen me in 2005 with a enlarge Heart and a Leaky vale and was examen by the City Doctors and they respohes was the sam

> **What happened to you?**

I was call into the New york city Human Resources administration welfare management System. In may 20 2006 to tell me that they was not paying my rent no more that I have to go to work I toll the worker that I cant work because I have a Heart Condition I was Examen by your Doctors Stateing no Work. and I ask Him to Look in the Computer that it would tell Him no worke HeSaid to me He dont Care.

> **Who did what?**
>
> nv
>
> **Was anyone else involved?**
>
> **Who else saw what happened?**

IV.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I had a heart operation on Jun 5 2007 I had Mechanical Valve Replacement. The Doctor toll Me if I dont have the Surgery that I will be a vegetable For the Rest of my life - I ame on medication For the Rest of my life the is to control my Valve and a Stroke and I have nother Valve that Leaking this are all the medication 1 Coumadin 2 Nifedipine 3 Simvastatin 4 Metoprolol 5 Hydrochlorothiazide 6 Lyrica - this is Every day.

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I went to be compensation for What happen to me becouse I went theu a lot of pain and saffran and due on the table went I had the surgery. I ame asking for one Million dollars for compensation and for what ame going theu nown the Doctor was trying to make the Heart worke by gueing me threatment

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _10_ day of _Jun_____, 20_10_.

Signature of Plaintiff      Benjamin Halmer

Mailing Address             P.O. Box 764

                            Brona N.Y. 10469

Telephone Number            917 971-4738

Fax Number *(if you have one)* 718-798 3602

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _10_ day of _Jun_____, 20_10_ am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:      Benjamin Halmer

Inmate Number

*Rev. 12/2009*                           4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BENJAMIN HOLMES,

                             Plaintiff,

      -against-

CLINICAL MANAGED CARE N.Y.S.
OFFICE OF TEMPORARY AND
DISABILITY ASSISTANCE; NEW YORK
CITY PARKS & RECREATION

                      Defendants. :
-------------------------------------------------------x

**ORDER**

Plaintiff brings the instant complaint *pro se*.[1] He alleges that an employee of the City of New York Human Resources Administration, knowing that plaintiff's doctor had found that plaintiff was unable to work, informed plaintiff that "payment on [his] rent" would be stopped unless plaintiff returned to work. Compl. at 4. Plaintiff alleges that between June 25, 2006, and November 25, 2006, he "got sick on the job two time[s]" and that if a doctor had not assisted him he "would not be living today." Id. at 3. Plaintiff's request to proceed *in forma pauperis* is granted. For the following reasons, plaintiff is directed to submit an amended complaint within sixty (60) days of the date of this order.

Discussion

**New York City Parks and Recreation Department**

    The New York City Parks and Recreation Department lacks the capacity to be sued and, therefore, is not a proper defendant. The capacity to sue or be sued is determined by the law of the

---

[1]This complaint was received by the Court's Pro Se Office on September 25, 2009.

State in which the district court is held.  See Yonkers Comm'n on Human Rights v. Yonkers, 654

F. Supp. 544, 551 (S.D.N.Y. 1987).  The New York City Charter provides in pertinent part:

> All actions and proceedings for the recovery of penalties for the violation of any
> law shall be brought in the name of the city of New York and not in that of any
> agency, except where otherwise provided by law.

New York City Charter § 396.  Given that the New York City Parks and Recreation Department is

an agency of the City of New York, it does not have the capacity to be sued because suit against the

agency can only be brought in the name of the City of New York.

**Subject Matter Jurisdiction**

Plaintiff fails to sufficiently allege that the Court has subject matter jurisdiction.  The subject

matter jurisdiction of the federal district courts is limited and is set forth generally in 28 U.S.C. §§

1331 and 1332.  Under these statutes, federal jurisdiction is available only when a "federal question"

is presented, 28 U.S.C. § 1331, or when plaintiff and defendant are of diverse citizenship and the

amount in question exceeds $75,000, 28 U.S.C. § 1332.  "'[I]t is common ground that in our federal

system of limited jurisdiction any party or the court *sua sponte*, at any stage of the proceedings, may

raise the question of whether the court has subject matter jurisdiction.'"  United Food & Commercial

Workers Union, Local 919, AFL-CIO v. CenterMark Properties Meriden Square, Inc., 30 F.3d 298,

301 (2d Cir. 1994) (quoting Manway Constr. Co. v. Housing Auth. of Hartford, 711 F.2d 501, 503

(2d Cir. 1983)).  Moreover, "[w]here jurisdiction is lacking, . . . dismissal is mandatory."  Id.; see

also Fed. R. Civ. P. 12(b)(1) and 12(h)(3).

Plaintiff alleges that the Court's jurisdiction is based on diversity of citizenship.  See Compl.

at 2.  Diversity jurisdiction requires that "all of the adverse parties in a suit . . . be completely

diverse."  E.R. Squibb & Sons, Inc. v. Accident & Cas. Ins. Co., 160 F.3d 925, 930 (2d Cir. 1998).

"Diversity is not complete if any plaintiff is a citizen of the same state as any other defendant." See Cresswell v. Sullivan & Cromwell, 922 F.2d 60, 68 (2d Cir. 1990). Plaintiff alleges that both he and defendants are citizens of New York. See Compl. at 2. Having failed to allege that the parties have diverse citizenship, plaintiff cannot invoke the Court's diversity jurisdiction pursuant to § 1332.

With regard to federal question jurisdiction, as presently pleaded, plaintiff fails to state any claim for a violation of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12112-12117, the only federal statute that he appears to invoke. Title I of the ADA prohibits employers from discriminating "against a qualified individual with a disability because of the disability of such individual." 42 U.S.C. § 12112(a). In order "[t]o state a claim under the ADA, [plaintiff] must allege facts sufficient to support a finding that: (a) he is a qualified individual with an ADA-covered disability; and (b) [defendant] discriminated against him because of his disability." Buckley v. Consolidated Edison Co. of New York, 127 F.3d 270, 272 (2d Cir. 1997).

Title I of the Americans with Disabilities Act provides that the remedies for an aggrieved party are those set forth in Title VII of the Civil Rights Act of 1964. In turn, Title VII requires a plaintiff to file a charge with the Equal Employment Opportunity Commission ("EEOC") prior to filing a claim in federal court. See 42 U.S.C. § 2000e-5(a) (exhaustion requirement). The filing of charges with the EEOC and the issuance of a "Right to Sue" letter by the EEOC are conditions precedent to the filing of an action in federal court under the ADA. 42 U.S.C. § 2000e-5(b), (e), (f); Cirales v. American Airlines, Inc, 105 F.3d 93, 95 (2d Cir. 1997); Francis v. City of New York, 235 F.3d 763, 768 (2d Cir. 2000) ("presentation of a Title VII claim to the EEOC...[is] a precondition to bringing a Title VII action [.]"); see also NAACP v. Town of East Haven, 259 F.3d 113, 115 n.4 (2d Cir. 2001) ("A right-to-sue letter is a prerequisite to bringing a Title VII suit."). In New York,

3

an employment discrimination claim must be filed with the EEOC within 300 days of the alleged discriminatory act. Pikulin v. City Univ. of New York, 176 F.3d 598, 599 (2d Cir. 1999) (per curiam); Butts v. City of New York Dep't of Hous. Pres. & Dev., 990 F.2d 1397, 1401 (2d Cir. 1993). To the extent that plaintiff alleges that his employer violated the ADA, he fails to allege that he has exhausted his administrative remedies with the EEOC. If plaintiff is able to state an ADA claim under the standards articulated herein, and if he chooses to submit an amended complaint, plaintiff is directed to include allegations regarding whether he exhausted his administrative remedies with respect to such claim.

Moreover, it is unclear whether plaintiff alleges that his employer was the New York State Office of Temporary and Disability Assistance or the New York City Parks & Recreation Department. With regard to the former, it is well-settled that the Eleventh Amendment bars claims for damages against non-consenting states and against entities that are considered "arms of the state," Clissuras v. City University of New York, 359 F.3d 79, 81 (2d Cir. 2004) (per curiam), unless the state has waived its immunity, or Congress has explicitly and constitutionally abrogated the state's immunity, Lapides v. Bd. of Regents of Univ. Sys. of Ga., 535 U.S. 613, 618 (2002). Because the New York State Office of Temporary and Disability Assistance is an agency of the State of New York, it is entitled to Eleventh Amendment immunity. See Rosenberger v. New York State Office of Temporary and Disability Assistance et al., 153 Fed. Appx. 753 (2d Cir. 2005) (affirming dismissal of claims against New York State Office of Temporary and Disability Assistance on Eleventh Amendment grounds). As Congress did not validly abrogate the Eleventh Amendment immunity of the states in enacting Title I of the ADA, suits in federal court by state employees to recover money damages by reason of the state's failure to comply with Title I of the ADA are barred

4

by the Eleventh Amendment.  Bd. of Trustees of the Univ. of Alabama v. Garrett, 531 U.S. 356 (2001); Garcia v. S.U.N.Y. Health Sciences Center of Brooklyn, 280 F.3d 98 (2d Cir. 2001) ("Title I of the ADA . . . is not an effective abrogation of state sovereign immunity under the Eleventh Amendment").  The Eleventh Amendment therefore bars any claim for damages under Title I of the ADA that plaintiff may be asserting against the New York State Office of Temporary and Disability Assistance.

**Federal Rule of Civil Procedure 8(a)**

Under Federal Rule of Civil Procedure 8(a)(2), a pleading must contain a "short and plain statement of the claim showing that the pleader is entitled to relief."  While the pleading of a *pro se* litigant should be liberally construed in his favor, Pabon v. Wright, 459 F.3d 241, 248 (2d Cir. 2006), a *pro se* litigant is not relieved of the requirement of stating a plausible claim.  See Sheehy v. Brown, No. 08-0102, 2009 WL 1762856, *1 (2d Cir. Jun. 23, 2009).  The pleading standards outlined in Rule 8 do not require detailed factual allegations; however, they do demand "more than an unadorned, the-defendant-unlawfully-harmed-me accusation." Ashcroft v. Iqbal, _ U.S. _, 129 S. Ct. 1937, 1949 (2009) (citing Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007)).  A complaint will not suffice "if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'" Id. (citing Twombly, 550 U.S. at 557).  The instant complaint fails to comply with Rule 8 and cannot be sustained in its present form.  The Court is unable to discern the nature of plaintiff's claims or the conduct in which the defendants are alleged to have engaged.

The Second Circuit has held that a district court should afford a *pro se* plaintiff an opportunity to amend his complaint prior to its dismissal for failure to state a claim unless the court can rule out any possibility, however unlikely it might be, that an amended complaint would succeed

in stating a claim.   See Gomez v. USAA Fed. Sav. Bank, 171 F 3d 794, 795 - 96 (2d Cir. 1999).

Plaintiff is therefore granted leave to submit an amended complaint clarifying the nature of his

claims.

Conclusion

Plaintiff is hereby directed to file an amended complaint in accordance with the standards

set forth above.  Should plaintiff decide to file an amended complaint, it must be submitted to this

Court's *Pro Se* Office within sixty (60) days of the date of this order, be captioned as an

"AMENDED COMPLAINT" and bear the same docket number as this order.  Plaintiff is advised

that the amended complaint will completely replace the original complaint.  Plaintiff is further

directed to attach a copy of this order to the amended complaint.  No summons shall issue at this

time, and all further proceedings shall be stayed for sixty (60) days or until plaintiff has complied

with this order.  If plaintiff fails to comply with this order within the time allowed or show good

cause why he cannot comply, the complaint will be dismissed.  Once submitted, the amended

complaint shall be reviewed for compliance with this order and substantive sufficiency, and then,

if proper, the case shall be reassigned to a district judge in accordance with the procedures of the

Clerk's Office.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this

order would not be taken in good faith.   See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED

LORETTA A. PRESKA
Chief Judge

Dated:   MAY 1 7 2010

New York, New York

6

MONTEFIORE



**Burke Avenue**

941 Burke Avenue   Bronx, NY 10469
(718) 654-5900  Fax: (718) 654-0053

05/26/2010

Benjamin Holmes
Po Box 764 Apt# 3c
Bronx, NY  10469

To whom it may concern:

Benjamin Holmes is a patient in this office on coumadin for a metal valve placed 4/2007. He may
not use pain medications containing the analgesic acetominophen and this medication will raise
his anticoagulation levels and increase the chance of bleeding.

If you have any questions, please call us @ 718-654-5900. We appreciate being able to work
with you.

Sincerely,

Joel Posner, MD

**JOEL POSNER, M.D.**
**941 Burke Avenue**
**Bronx, NY 10469**
**(718) 654-5900 · Fax 654-0053**

```
PQR150                          CITY OF NEW YORK                    DATE: 03/11/10
                            PAYROLL MANAGEMENT SYSTEM               TIME: 10:41:17
                          *** RECORD CHANGE HISTORY ***

EMPLOYEE ID: 0333620        EMP NAME:  HOLMES          BENJAMIN
PAY NO:  846                JOB SEQ#:  1               CURR LV STAT: A
EFF DATE:  03/11/10

                RSN TYPE
CHG NO   EFF DATE   B T M L X   RSN CD   --------DESCRIPTION--------   LV STAT
  01    11/19/06      - -        O08     TERMINATE NON-PERMANENT         A
  02    06/07/06      - -        G03     PAYROLL DISTRIBUTION CHANGE     B
  03    05/18/06    - - - -      A2D     NON-COMPET SOC SVCS LAW 336-E   B
        05/18/06          -      Z98     CITY START DATE CHANGE          B
  04    01/12/01      - -        G05     PAY CLASS CHANGE                A
  05    09/05/00      - -        F04     DISMISSED DUE TO CHARGES        A
  06    06/22/00    - - - -      E61     RESUMPTION OF SEASONAL WORK     B
  07    09/07/99      - -        L61     SUSPENSION OF SEASONAL WORK     N
  08    06/24/99    - - - -      E61     RESUMPTION OF SEASONAL WORK     B
  09    09/08/98      - -        L61     SUSPENSION OF SEASONAL WORK     N
  10    06/25/98    - - - -      E61     RESUMPTION OF SEASONAL WORK     B
  11    05/13/98      - -        G04     TAX OR EXEMPTIONS CHANGE        N
SELECT CHANGE NO. ==>
PF KEYS: 1-RECORD SEL   2-DATA SEL   3-NOT USED   4-PREV PAGE   5-NEXT PAGE
REASON TYPE LEGEND:     B=BUDGET   T=TITLE   M=METHOD   L=LEAVE   X=TRANSFER
```

PQR050

                    CITY OF NEW YORK                    DATE: 03/11/10
                PAYROLL MANAGEMENT SYSTEM               TIME: 10:48:41

ENTER SOC SEC NO: 100 42 3996    *** EMPLOYEE RECORD SELECTION ***
    OR                                CK DG ==> 0    (ENTER X FOR CK DG INQUIRY)
ENTER EMPL ID: 0333620
    OR
ENTER FULL NAME: LN: HOLMES              FN: BENJAMIN              MI:

REC NO  PAY NO  JSN  ENTY  EFF DATE   LV STAT ------ LEAVE DESCRIPTION ------
 01      846     1    C    11/19/06       A       CEASED

            SELECT A REC NO. ==>           ** OR ** HIT PF1 FOR EMPLOYEE NAME SELECTION

Date: 3/11/2010 Time: 10:49:21 AM



Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

| | Reasons for CT, Paid OT and / or Remarks |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | 1st day of Orientation |
| T H U | EAL NO Pay |
| F R I | EAL NO Pay |
| S A T | NO Pay |

I/We attest to the accuracy of all time and leave information.

Benjamin Williams   5/18/06
EMPLOYEE'S SIGNATURE      DATE

SUPERVISOR'S AUTHORIZATION   5-20
                             DATE

---

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

| | Reasons for CT, Paid OT and / or Remarks |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | |
| T H U | |
| F R I | |
| S A T | |

I/We attest to the accuracy of all time and leave information.

Benjamin Williams
EMPLOYEE'S SIGNATURE

C. Smith   5/30/06
SUPERVISOR'S AUTHORIZATION   DATE

---

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

| | Reasons for CT, Paid OT and / or Remarks |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | |
| T H U | |
| F R I | |
| S A T | |

I/We attest to the accuracy of all time and leave information.

Benjamin Williams
EMPLOYEE'S SIGNATURE

C. Smith   6/5/06
SUPERVISOR'S AUTHORIZATION



WEEK END. 5/27/06

Name Holmes, Benjamin
ERN 3996
Title JTP        Reg Tour 7 - 330
Borough BX        Dist #2105
03333620   208805

HOURS WORKED

|   | TIME IN | LUNCH OUT | IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---------|-----------|-----|----------|---------|-----------|--------|
| S | 7 00 | 12 00 | 1 00 | 330 | 8 | | |
| M | | 12 00 | 1 00 | | | | |
| T | | | | | | | |
| W | 7 00 | 12 00 | 12 30 | 3 20 | 8 | | |
| T | | P B | | | | | |
| F | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| S | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| | | | | TOTALS | 32 | | |

WEEK END. 5/27

Name Benjamin Holmes
ERN
Title JTP        Reg Tour 7 - 330
Borough Bronx        Dist        8

HOURS WORKED

|   | TIME IN | LUNCH OUT | IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---------|-----------|-----|----------|---------|-----------|--------|
| S | | EAV | | | | | |
| M | | EAV | | | | | |
| T | | AWOL | | | | | |
| W | | AWOL | | | | | |
| T | | AWOL | | | | | |
| F | | TBD | | | | | |
| S | | TBD | | | | | |
| | | | | TOTALS | 0 | | |

TIMEKEEPING USE ONLY

| EVENT CODE | S | M | T | W | T | F | S |
|------------|---|---|---|---|---|---|---|
| 0100 | 8 | | | 8 | | 8 | |
| 8152 01 | 8 | | | | | | |
| 8151 | | | | | | | |

TIME CARD NO. 9        REV 11/03

TIMEKEEPING USE ONLY

| EVENT CODE | S | M | T | W | T | F | S |
|------------|---|---|---|---|---|---|---|
| | | | | | | | |

TIME CARD NO. 9        REV 11/03

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | |
| T H U | called out to dist #10 |
| F R I | (w5 570m # 2605) Wilson |
| S A T | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE — DATE

SUPERVISOR'S AUTHORIZATION — DATE 5/28/04

---

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | |
| T H U | |
| F R I | |
| S A T | |

I/We attest to the accuracy of all time and leave information.

B. Holmes
EMPLOYEE'S SIGNATURE — DATE

Donna Willis
SUPERVISOR'S AUTHORIZATION — DATE

## Card 1

City of New York
Parks & Recreation

**WEEK END.** 6/10/06

Name Benjamin Holmes
ERN 0333620
Title JT P    Reg Tour 7X33
Borough Bronx    Dist 11

| | TIME IN | LUNCH OUT | IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---|---|---|---|---|---|---|
| S | 700 | 1200 | 1230 | 330 | 8 | | |
| M | | | | | | | |
| T | 700 | 1200 | 1230 | 330 | 8 | | |
| W | 700 | 1200 | 1230 | 330 | 8 | | |
| T | 700 | 1200 | 1230 | 330 | 8 | | |
| F | 700 | 1200 | 1230 | 330 | 8 | | |
| S | 700 | 1200 | 1230 | 330 | 8 | | |

TOTALS 40

**TIMEKEEPING USE ONLY**

| EVENT CODE | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| 0100 | 8 | 8 | 8 | 8 | 8 | | |
| 8152 | 01 | | | | | | |
| 8151 | | | | | | | 01 |

✓ 6/16

TIME CARD No. 9    REV 11/03

## Card 2

City of New York
Parks & Recreation

**WEEK END.** 6/17

Name Benjamin Holmes
ERN 0333620
Title JT P    Reg Tour 7X33
Borough Bronx    Dist 11

| | TIME IN | LUNCH OUT | IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---|---|---|---|---|---|---|
| S | 700 | 1200 | 1230 | 330 | 8 | | |
| M | | | | | | | |
| T | 700 | 1200 | 1230 | 330 | 8 | | |
| W | 700 | 1200 | 1230 | 330 | 8 | | |
| T | 700 | 12 | 1230 | 330 | 8 | | |
| F | 700 | 12 | 1230 | 330 | 8 | | |
| S | 700 | 12 | 1230 | 330 | 8 | | |

TOTALS 40

**TIMEKEEPING USE ONLY**

| EVENT CODE | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| 0100 | 8 | 8 | 8 | 8 | 8 | | |
| 8152 | 01 | | | | | | |
| 8151 | | | | | | | 01 |

✓ 6/21

TIME CARD No. 9    REV 11/03

## Card 3

City of New York
Parks & Recreation

**WEEK END.**

Name HOLMES, BENJAMIN
ERN 0333620
Title Job training participant 9110
Reg Tour 7X33

week 25  6/18/2006 - 6/24/2006
0333620  CD. 0  BX21105

| | TIME IN | LUNCH OUT | IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---|---|---|---|---|---|---|
| S | 7 | 12 | 1230 | 330 | 8 | | |
| M | | | | | | | |
| T | 7 | 12 | 1230 | 330 | 8 | | |
| W | 7 | 12 | 1230 | 330 | 8 | | |
| T | 7 | 1230 | | 330 | 8 | | |
| F | 700 | 1200 | 1230 | 330 | 8 | | |
| S | 700 | 1200 | 1230 | 330 | 8 | | |

TOTALS 40

**TIMEKEEPING USE ONLY**

| EVENT CODE | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| 0100 | 8 | 8 | 8 | 8 | 8 | | |
| 8152 | 01 | | | | | | |
| 8151 | | | | | | | 01 |

✓ 6/28

TIME CARD No. 9    REV 11/03

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| S | U | N | M | O | N | T | U | E | W | E | D | T | H | U | F | R | I | S | A | T |

I/We attest to the accuracy of all time and leave information.



EMPLOYEE'S SIGNATURE                DATE

SUPERVISOR'S AUTHORIZATION          DATE

6/10/06

---

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| S | U | N | M | O | N | T | U | E | W | E | D | T | H | U | F | R | I | S | A | T |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE                DATE   6/17/06

SUPERVISOR'S AUTHORIZATION          DATE

---

**Reasons for CT, Paid OT and / or Remarks**

| S | U | N | M | O | N | T | U | E | W | E | D | T | H | U | F | R | I | S | A | T |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE                DATE   6/24/06

SUPERVISOR'S AUTHORIZATION          DATE

**City of New York Parks & Recreation — WEEK END.**

## Week 26  6/25/2006 - 7/1/2006

Name: HOLMES, BENJAMIN
ERN: 0333620  CD-0 BX21105
Title:
Job training participant 9110
Reg. Tour: ___ 7 x 3 3 0

| | TIME IN | LUNCH OUT | LUNCH IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---|---|---|---|---|---|---|
| S | 7:00 | 12¾ | 1:30 | 3:30 | 8 | | |
| M | 7:00 | 12½ | 1:30 | 3:30 | x | 8 | |
| T | 7:00 | 12½ | 1:30 | 3:30 | 8 | | |
| W | 7:00 | 12½ | 1:30 | 3:30 | 8 | | |
| T | 7:00 | 12:00 | 12:30 | 3:30 | 8 | | |
| F | 7:00 | 12:00 | 12:30 | 3:30 | 8 | | |
| S | 7:00 | 12½ | 12½ | 3:30 | 8 | | 8 |

TOTALS: 40 | 8

**TIMEKEEPING USE ONLY**

| EVENT CODE | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| 0100 | 8 | | 8 | 8 | | 8 | |
| 8157 01 | | | | | | | 01 |
| 1007 | | 8 | | | 7/21 | | |

TIME CARD NO. 9        REV. 11/03

---

**City of New York Parks & Recreation — WEEK END.**

## Week 27  7/2/2006 - 7/8/2006

Name: HOLMES, BENJAMIN
ERN: 0333620  CD-0 BX21105
Title:
Job training participant 9110
Reg. Tour: ___ 7 x 3 3 0

| | TIME IN | LUNCH OUT | LUNCH IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---|---|---|---|---|---|---|
| S | 7:00 | 12:00 | 12:30 | 3:30 | 8 | | |
| M | 7:00 | 12:00 | 12:30 | 3:30 | RDO | | |
| T | 7:00 | 12:00 | 12:30 | 3:30 | 8 | | |
| W | 7:00 | 12:00 | 12:30 | 3:30 | 8 | | |
| T | | | | RDO | | | |
| F | 7:00 | 12:00 | 12:30 | 3:30 | 8 | | |
| S | 7AM | 12PM | 12:30 | 3:30 | 8 | | 01 |

TOTALS: 40 | 8

**TIMEKEEPING USE ONLY**

| EVENT CODE | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| 0100 | 8 | | 8 | 8 | | 8 | |
| 8152 01 | | | | | | | 01 |
| | | | | | | 7/9 | |

TIME CARD NO. 9        REV. 11/03

---

**City of New York Parks & Recreation — WEEK END.**

## Week 28  7/9/2006 - 7/15/2006

Name: HOLMES, BENJAMIN
ERN: 0333620  CD-0 BX21105
Title:
Job training participant 9110
Reg. Tour: ___ 7 x 3 3 0

| | TIME IN | LUNCH OUT | LUNCH IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---|---|---|---|---|---|---|
| S | 7:00 | 12:00 | 12:30 | 3:30 | 8 | | |
| M | | | RDO | | | | |
| T | | | AWOL | | | | |
| W | | | AWOL | | | | |
| T | | | AWOL | | | | |
| F | | | AWOL | | | | |
| S | | | | | | | |

TOTALS: 8

**TIMEKEEPING USE ONLY**

| EVENT CODE | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| 0100 | 8 | | | | | | |
| 8152 01 | | | | | | | |

TIME CARD NO. 9        REV. 11/03

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | |
| T H U | |
| F R I | |
| S A T | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE     DATE

SUPERVISOR'S AUTHORIZATION     7/9/06   DATE

---

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | |
| T H U | |
| F R I | |
| S A T | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE     7/8/06   DATE

SUPERVISOR'S AUTHORIZATION     DATE

---

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | |
| T H U | |
| F R I | |
| S A T | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE     7/5/06   DATE

SUPERVISOR'S AUTHORIZATION     DATE



**City Of New York**
**Parks & Recreation**

The Arsenal
Central Park
New York, New York 10021

Adrian Benepe
Commissioner

Borough of the Bronx

Ranaqua
1 Bronx River Parkway
Bronx, New York 10462



## PARKS OPPORTUNITY PROGRAM

### Parks Opportunity Job Training Program
### Ranaqua

This letter is to verify that ___Benjamin Holmes___ was participating
                                        *(Participant's name)*

in the Parks Opportunity Program / Employment Counseling on **Thursday, August 03, 2006.**
                                                                          *(Date)*

Please credit him/her __8__ hours of work on his/her time card.

If you have any questions please telephone (718) 430-4647.

Next Session: **Thursday, August 17, 2006 @ 9:00am.**

Thank You,

**Trollenger Bryant**
Bronx POP *Senior Employment Counselor*

www.nyc.gov / parks

NEW YORK CITY HOUSING AUTHORITY

WEBSTER
400 EAST 169TH STREET
BRONX                        10456
718-293-4012

ANNUAL REVIEW-ADDITIONAL INFORMATION

Date: 7/18/0(
TENANT ACCOUNT: 141-011-121
Annual Review Period 3rd/Qtr 7/1 - 9/3(

SONIA PEREZ
1270 WEBSTER AVENUE   12B
BRONX, N.Y.   10456

Dear Tenant:
You recently received the  Occupant's Affidavit of Income, requesting that you provide
NYCHA information to verify your family compostion and income.  NYCHA has not yet
received this information.  Verification of your family composition and income is a legal
requirement. You must provide this information if you wish to continue living in public
housing.

DUE DATE:  Please return all requested items to your Management office by 00/00/00.

If you FAIL to submit these forms by the due date, NYCHA can do any of the following:

*   Back-Charge your Rent account and charge you the amount of rent you should have paid
    if the papers were turned in on time.

*   Start TERMINATION OF TENANCY PROCEEDINGS to terminate your lease.

If you are not able to provide the information requested or if you have questions, need
additional forms or help completing these forms, call or visit your Housing Assistant.

The following information is needed to complete your income review:

1 OCCUPANT'S AFFIDAVIT: Completed Occupant's Affidavit of Income (all 8 pages).



**City Of New York**
**Parks & Recreation**

The Arsenal
Central Park
New York, New York 10021

Adrian Benepe
Commissioner

Borough of the Bronx

Ranaqua
1 Bronx River Parkway
Bronx, New York 10462



PARKSOPPORTUNITYPROGRAM

### Parks Opportunity Job Training Program
### Ranaqua

This letter is to verify that _Benjamin Holmes_ was participating in the
*(Participant's name)*

Parks Opportunity Program / Employment Counseling on **Thursday, July 20, 2006**
*(Date)*

Please credit him/her __8__ hours of work on his/her time card.

If you have any questions please telephone (718) 430-4639.

**Next Session Date: Thursday, August 3, 2006 @ 1:00 pm**

Thank You,

_Trollenger Bryant_
**Trollenger Bryant**
Bronx POP *Senior Employment Counselor*

## Section 1

**Before submitting, please make sure the following information appears on timecard:**

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| SUN | |
| MON | |
| TUE | |
| WED | D E F |
| THU | 8hrs NDF - see ltr. Attached (a) |
| FRI | |
| SAT | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE    DATE

SUPERVISOR'S AUTHORIZATION    DATE 8/5/06

## Section 2

**Before submitting, please make sure the following information appears on timecard:**

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| SUN | |
| MON | |
| TUE | |
| WED | |
| THU | |
| FRI | |
| SAT | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE    DATE 7/30/06

SUPERVISOR'S SIGNATURE    DATE

## Section 3

**Before submitting, please make sure the following information appears on timecard:**

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| SUN | |
| MON | |
| TUE | |
| WED | |
| THU | 8hrs for training Please pay 8hrs. |
| FRI | |
| SAT | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE    DATE 7/29/06

SUPERVISOR'S AUTHORIZATION    DATE



**City Of New York**
**Parks & Recreation**

The Arsenal
Central Park
New York, New York 10021

Adrian Benepe
Commissioner

Borough of the Bronx

Ranaqua
1 Bronx River Parkway
Bronx, New York 10462



## PARKSOPPORTUNITYPROGRAM

### Parks Opportunity Job Training Program
### Ranaqua

This is to verify that _____*Benjamin Holmes*_____ was participating in the Parks

Opportunity Program Employment Counseling on **Thursday, August 17, 2006.**

Please credit him/her **8** hours of work on his /her timecard.

If you have any questions please telephone (718) 430-4647.

**Next Session: Thursday, August 31, 2006 @ 9:00am.**

Thank You

*Trollenger Bryant*
**Trollenger Bryant**
**Bronx POP Senior Employment Counselor**





**Before submitting, please make sure the following information appears on timecard:**

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

| | Reasons for CT, Paid OT and / or Remarks |
|---|---|
| SUN | |
| MON | |
| TUE | |
| WED | |
| THU | |
| FRI | Undoc 1 |
| SAT | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE _____ DATE 8/20/06

SUPERVISOR'S AUTHORIZATION _____ DATE

---

**Before submitting, please make sure the following information appears on timecard:**

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

| | Reasons for CT, Paid OT and/or Remarks |
|---|---|
| SUN | |
| MON | |
| TUE | |
| WED | |
| THU | Please pass 8 hrs overtime |
| FRI | See Doc Attached (TP) |
| SAT | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE _____ DATE 8/20/06

SUPERVISOR'S AUTHORIZATION _____ DATE

---

**Before submitting, please make sure the following information appears on timecard:**

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

| | Reasons for CT, Paid OT and/or Remarks |
|---|---|
| SUN | |
| MON | |
| TUE | |
| WED | |
| THU | |
| FRI | |
| SAT | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE _____ DATE 8/12/06

SUPERVISOR'S AUTHORIZATION _____ DATE

MONTEFIORE MEDICAL CENTER
PRIMARY CARE MEDICINE
3444 Kossuth Avenue
Bronx, New York 10467

MONTEFIORE MEDICAL CENTER

111 East 210th Street, Bronx, N.Y. 10467

Date _____9-1-06_____

TO WHOM IT MAY CONCERN:

This is to certify that _Mr. Holmes, Benjamin_____

was seen in our _Primary Care Med PAB_ clinic today.

_Patrice Glee, PA_

OUTPATIENT DEPARTMENT
MONTEFIORE MEDICAL CENTER

ACU - 1765



**City Of New York**
**Parks & Recreation**

The Arsenal
Central Park
New York, New York 10021

Adrian Benepe
Commissioner

Borough of the Bronx

Ranaqua
1 Bronx River Parkway
Bronx, New York 10462



# PARKSOPPORTUNITYPROGRAM

## Parks Opportunity Job Training Program
## Ranaqua

This is to verify that _Benjamin Holmes_ was participating in the Parks

Opportunity Program Employment Counseling on **Thursday, August 31, 2006.**

Please credit him/her **8** hours of work on his /her timecard.

If you have any questions please telephone (718) 430-4647.

**Next Session: Thursday, September  21, 2006 @1:00pm.**

Thank You

_Trollenger Bryant_
**Trollenger Bryant**
**Bronx POP Senior Employment Counselor**



**City Of New York**
**Parks & Recreation**

Borough of the Bronx

Ranaqua
1 Bronx River Parkway
Bronx, New York 10462

The Arsenal
Central Park
New York, New York 10021

Adrian Benepe
Commissioner



PARKSOPPORTUNITYPROGRAM

### Parks Opportunity Job Training Program
### Ranaqua

This letter is to verify that _____ **Benjamin Holmes** _____ was participating
*(Participant's name)*

in the Parks Opportunity Program / Employment Counseling on **Thursday, September 07, 2006**
*(Date)*

Please credit him/her ⟋ hours of work on his/her time card.

If you have any questions please telephone (718) 430-4607.

**Your nest return date is: Thursday, September 21, 2006 @ 9:00am**

Thank You,

**Marilyn Arauz**
Bronx POP *Administrative Assistant*

**Week 35  8/27/2006 - 9/2/2006**

City of New York — Parks & Recreation

Nam: HOLMES, BENJAMIN
ERN: 0333620   CD-0 BX21105
Title:
Job training participant 9110
Reg. Tour: 7x 3 30

WEEK END. ___

| | TIME IN | LUNCH OUT | LUNCH IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---|---|---|---|---|---|---|
| S | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| M | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| T | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| W | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| T | 11 30 | | | 3 30 | 4 | | |
| F | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| S | | | | | | | |

**TIMEKEEPING USE ONLY**

| EVENT CODE | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| 0100 | 8 | 8 | 8 | 8 | 4 | 8 | |
| 4293 | | | | | 8 | | |
| 8152.01 | | | | | | | 01 |
| 8151 | | | | | | | |

TIME CARD NO 9    REV. 11/03

---

**Week 36  9/3/2006 - 9/9/2006**

City of New York — Parks & Recreation

Nam: HOLMES, BENJAMIN
ERN: 0333620   CD-0 BX21105
Title:
Job training participant 9110
Reg. Tour: 7x 3 30

WEEK END. ___

| | TIME IN | LUNCH OUT | LUNCH IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---|---|---|---|---|---|---|
| S | 7 00 | 12 00 | 12 30 | 3 30 | X | 8 | |
| M | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| T | 7 30 | 12 12 | 12 53 | 3 30 | 8 | | |
| W | 7 30 | 12 12 | 12 35 | 3 30 | 8 | | |
| T | | | | | 8 | | |
| F | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| S | 7 00 | 12 00 | 12 53 | 3 30 | | | |

TOTALS 40  8

**TIMEKEEPING USE ONLY**

| EVENT CODE | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| 0100 | 8 | 8 | 8 | 8 | 8 | 8 | |
| 8152.01 | | | | | | | 01 |
| 8151 | | | | | | | |
| 4293 | | | | 8 | | | |
| 1405 | | | | | | | |
| 1002 | | | | | | | |

TIME CARD NO 9    REV. 11/03

---

**Week 37  9/10/2006 - 9/16/2006**

City of New York — Parks & Recreation

Nam: HOLMES, BENJAMIN
ERN: 0333620   CD-0 BX21105
Title:
Job training participant 9110
Reg. Tour: 7x 3 30

WEEK END. ___

| | TIME IN | LUNCH OUT | LUNCH IN | TIME OUT | REG HRS | PD OT HRS | CT HRS |
|---|---|---|---|---|---|---|---|
| S | 7 00 | 12 00 | 12 30 | 3 30 | X | 8 | |
| M | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| T | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| W | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| T | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| F | 7 00 | 12 00 | 12 30 | 3 30 | 8 | | |
| S | | 12 | | | | | |

TOTALS 40  8

**TIMEKEEPING USE ONLY**

| EVENT CODE | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| 0100 | 8 | 8 | 8 | 8 | 8 | 8 | |
| 8152.01 | | | | | | | 01 |
| 8151 | | | | | | | |
| 1405 | | | | | | | |

TIME CARD NO 9    REV. 11/03

## Section 1 (left)

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S U N | |
| M O N | 8 HRS OT Earned OK (w) |
| T U E | |
| W E D | |
| T H U | |
| F R I | |
| S A T | |

I/We attest to the accuracy of all time and leave information.

_Benjamin Holmes_ 2/6/10
EMPLOYEE'S SIGNATURE          DATE

_C. Gught_ 9/17/06
SUPERVISOR'S AUTHORIZATION    DATE

## Section 2 (middle)

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S U N | |
| M O N | 4 HRS. POP (w) |
| T U E | |
| W E D | |
| T H U | |
| F R I | |
| S A T | |

I/We attest to the accuracy of all time and leave information.

_Benjamin Holmes_
EMPLOYEE'S SIGNATURE          DATE

SUPERVISOR'S AUTHORIZATION    DATE

## Section 3 (right)

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | |
| T H U | See attached Doc. |
| F R I | Please pay 8 HRS POP Training |
| | Members pick-up Attached (w) |
| S A T | |

I/We attest to the accuracy of all time and leave information.

_Benjamin Holmes_ 9/8/06
EMPLOYEE'S SIGNATURE          DATE

_C. Gught_
SUPERVISOR'S AUTHORIZATION    DATE



**City Of New York**
**Parks & Recreation**

The Arsenal
Central Park
New York, New York 10021

Adrian Benepe
Commissioner

Borough of the Bronx

Ranaqua
1 Bronx River Parkway
Bronx, New York 10462



PARKSOPPORTUNITYPROGRAM

**Parks Opportunity Job Training Program**
**Ranaqua**

This is to verify that _Benjamin Holmes_ was participating in the Parks

Opportunity Program Employment Counseling on **Thursday, October 5, 2006.**

Please credit him/her **8** hours of work on his /her timecard.

If you have any questions please telephone (718) 430-4647.

Thank You

**Trollenger Bryant**
*Bronx POP Senior Employment Counselor*

www.nyc.gov / parks



City Of New York
Parks & Recreation

The Arsenal
Central Park
New York New York 10021

Adrian Benepe
Commissioner

Borough of the Bronx

Ranaqua
1 Bronx River Parkway
Bronx, New York 10462



# PARKSOPPORTUNITYPROGRAM

## Parks Opportunity Job Training Program
## Ranaqua

This is to verify that _Benjamin Volme_ was participating in the Parks

Opportunity Program Employment Counseling on **Thursday, September 21, 2006.**

Please credit him/her **8** hours of work on his /her timecard.

If you have any questions please telephone (718) 430-4647.

Next Session: **Thursday, October 5, 2006 @ 9:00am.**

Thank You

_Trollenger Bryant_
**Trollenger Bryant**
**Bronx POP Senior Employment Counselor**

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S | |
| U | |
| N | |
| M | |
| O | |
| N | |
| T | |
| U | |
| E | |
| W | |
| E | |
| D | |
| T | |
| H | |
| U | |
| F | |
| R | |
| I | |
| S | |
| A | |
| T | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE                    DATE  10/8/06

SUPERVISOR'S AUTHORIZATION                    DATE

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S | |
| U | |
| N | |
| M | |
| O | |
| N | |
| T | |
| U | |
| E | |
| W | |
| E | |
| D | |
| T | |
| H | |
| U | |
| F | |
| R | |
| I | |
| S | |
| A | |
| T | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE                    DATE  10/11/06

SUPERVISOR'S AUTHORIZATION                    DATE

Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

**Reasons for CT, Paid OT and / or Remarks**

| | |
|---|---|
| S | |
| U | |
| N | |
| M | |
| O | |
| N | |
| T | |
| U | |
| E | |
| W | |
| E | |
| D | |
| T | |
| H | |
| U | |
| F | |
| R | |
| I | |
| S | |
| A | |
| T | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE                    DATE  9/24/06

SUPERVISOR'S AUTHORIZATION                    DATE

MONTEFIORE

**MONTEFIORE MEDICAL CENTER**
The University Hospital
for the Albert Einstein
College of Medicine

111 East 210th Street
Bronx, NY 10467-2490
718-920-5731

Date: _10/16/05_____

To Whom It May Concern

HOLMES, BENJAMIN
MR#01287053 ED       MOSES
DOB: 04/19/1953
ACCT: 154594550

Patient: _____            _____ SS #: _____

This is to verify that the above named patient was registered in our emergency room

on _____ 10/16/05 _____.

He / She was seen, treated and released on __ 10/16/05 _____.

He / She may return to:   ☒ Work on __ 10/19/05 _____.

                          ☐ School on _____.


MD / PA / NP (print)_____

Signature _____



**City of New York**
**Parks & Recreation**

Arsenal West
24 West 61st Street
New York, New York 10023

Adrian Benepe
Commissioner

October 26th, 2006

To Whom It May Concern:

This is to confirm that _____ attended the Parks Opportunity Program Job Fair on Thursday, October 26th. 2006.  Please credit him/her for 8 hours.

If you have any further questions, please call me at 212-830-7754.

Sincerely,

Catherine Frangioni
Assistant Director
Marketing & Employment Services
Parks Opportunity Program

Katia Zaharieva
Assistant Director
Job Development
Parks Opportunity Program

Gal Lavid
Employment Specialist
Parks Opportunity Program

Jason Deo
Program Analyst
Parks Opportunity Program



Before submitting, please make sure the
following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

## Reasons for CT, Paid OT and / or Remarks

| | |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | |
| T H U | |
| F R I | |
| S A T | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE          DATE   11/5/06

SUPERVISOR'S AUTHORIZATION          DATE

---

following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

## Reasons for CT, Paid OT and / or Remarks

| | |
|---|---|
| S U N | |
| M O N | |
| T U E | |
| W E D | |
| T H U | |
| F R I | |
| S A T | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE          DATE   11/13/06

SUPERVISOR'S AUTHORIZATION          DATE

---

## Reasons for CT, Paid OT and / or Remarks

| | |
|---|---|
| S U N | |
| M O N | Please pay 8 hrs for Training. See attached Doc. (P) |
| T U E | |
| W E D | Please pay 8 hrs for Training. See attached Doc. JT |
| T H U | |
| F R I | Please pay 8 hrs for Training. See attached Doc. (T) |
| S A T | |

I/We attest to the accuracy of all time and leave information.

EMPLOYEE'S SIGNATURE          DATE   11/9/06

SUPERVISOR'S AUTHORIZATION          DATE

| City Human Resource Management System | | | | | | Run Date: 5/13/10 |
| :--- | :--- | :--- | :--- | :--- | :--- | ---: |
| **City of New York** | | | | | | Run Time: 9:44 AM |
| **Pay Inquiry for** | | | | | | |

| HOLMES, BENJAMIN | 0333620 | A | 846 - DPR | JOB TRAINING PARTICIPANT | $8.16 |
| :--- | :--- | :--- | :--- | :--- | :--- |

**Between Jan 1, 2006 and Dec 31, 2006**

| Bal Num | Event Type | Event Description | Date Earned | Date Paid | Amount | Hours |
| ---: | ---: | :--- | :--- | :--- | ---: | ---: |
| 10 | 100 | REC REG GRSS | Aug 3, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 4, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 5, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 6, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 9, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 10, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 11, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 12, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 16, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 17, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 18, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 19, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 20, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 23, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 24, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 26, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 27, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 30, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Aug 31, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 1, 2006 | Dec 1, 2006 | $0.64 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 2, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 3, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 6, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 7, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 8, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 9, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 10, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 12, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 13, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 14, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 16, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 17, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 20, 2006 | Dec 1, 2006 | $1.28 | 0:00 |

| City Human Resource Management System | | | City of New York | | Run Date: 5/13/10 |
| | | | Pay Inquiry for | | Run Time: 9:44 AM |

| HOLMES, BENJAMIN | 0333620 | A | 846 - DPR | JOB TRAINING PARTICIPANT | $8.16 |

**Between Jan 1, 2006 and Dec 31, 2006**

| Bal Num | Event Type | Event Description | Date Earned | Date Paid | Amount | Hours |
|---|---|---|---|---|---|---|
| 10 | 100 | REC REG GRSS | Sep 21, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 22, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 23, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 24, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 27, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 28, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 29, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Sep 30, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 3, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 4, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 5, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 6, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 7, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 8, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 9, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 10, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 19, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 20, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 21, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 22, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 23, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 24, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 25, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 26, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 29, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 30, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Nov 2, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Nov 3, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Nov 4, 2006 | Dec 1, 2006 | $1.28 | 0:00 |
| 10 | 100 | REC REG GRSS | Nov 5, 2006 | Dec 1, 2006 | $65.28 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 6, 2006 | Dec 1, 2006 | $65.28 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 9, 2006 | Dec 1, 2006 | $65.28 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 10, 2006 | Dec 1, 2006 | $65.28 | 8:00 |

| City Human Resource Management System | | | | | Run Date: 5/13/10 |
|---|---|---|---|---|---|
| City of New York | | | | | Run Time: 9:44 AM |
| Pay Inquiry for | | | | | |
| HOLMES, BENJAMIN | 0333620 | A | 846 - DPR | JOB TRAINING PARTICIPANT | $8.16 |
| Between Jan 1, 2006 and Dec 31, 2006 | | | | | |

| Bal Num | Event Type | Event Description | Date Earned | Date Paid | Amount | Hours |
|---|---|---|---|---|---|---|
| 10 | 100 | REC REG GRSS | Nov 11, 2006 | Dec 1, 2006 | $65.28 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 12, 2006 | Dec 1, 2006 | $65.28 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 13, 2006 | Dec 1, 2006 | $65.28 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 14, 2006 | Dec 1, 2006 | $65.28 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 15, 2006 | Dec 1, 2006 | $65.28 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 18, 2006 | Dec 1, 2006 | $65.28 | 8:00 |
| 140 | 1405 | OT PREMIUM | Sep 4, 2006 | Dec 1, 2006 | $1.92 | 0:00 |
| 140 | 1405 | OT PREMIUM | Oct 28, 2006 | Dec 1, 2006 | $1.92 | 0:00 |
| 10 | 100 | REC REG GRSS | Oct 22, 2006 | Nov 17, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 23, 2006 | Nov 17, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 24, 2006 | Nov 17, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 25, 2006 | Nov 17, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 26, 2006 | Nov 17, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 29, 2006 | Nov 17, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 30, 2006 | Nov 17, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 2, 2006 | Nov 17, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 3, 2006 | Nov 17, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Nov 4, 2006 | Nov 17, 2006 | $64.00 | 8:00 |
| 140 | 1405 | OT PREMIUM | Oct 28, 2006 | Nov 17, 2006 | $96.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 8, 2006 | Nov 3, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 9, 2006 | Nov 3, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 10, 2006 | Nov 3, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 19, 2006 | Nov 3, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 20, 2006 | Nov 3, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 21, 2006 | Nov 3, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 24, 2006 | Oct 20, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 27, 2006 | Oct 20, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 28, 2006 | Oct 20, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 29, 2006 | Oct 20, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 30, 2006 | Oct 20, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 3, 2006 | Oct 20, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 4, 2006 | Oct 20, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 5, 2006 | Oct 20, 2006 | $64.00 | 8:00 |

**City Human Resource Management System**
**City of New York**
**Pay Inquiry for**

Run Date: 5/13/10
Run Time: 9:44 AM

| HOLMES, BENJAMIN | 0333620 | A | 846 - DPR | JOB TRAINING PARTICIPANT | $8.16 |
|---|---|---|---|---|---|

**Between Jan 1, 2006 and Dec 31, 2006**

| Bal Num | Event Type | Event Description | Date Earned | Date Paid | Amount | Hours |
|---|---|---|---|---|---|---|
| 10 | 100 | REC REG GRSS | Oct 6, 2006 | Oct 20, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Oct 7, 2006 | Oct 20, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 10, 2006 | Oct 6, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 12, 2006 | Oct 6, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 13, 2006 | Oct 6, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 14, 2006 | Oct 6, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 16, 2006 | Oct 6, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 17, 2006 | Oct 6, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 20, 2006 | Oct 6, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 21, 2006 | Oct 6, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 22, 2006 | Oct 6, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 23, 2006 | Oct 6, 2006 | $64.00 | 8:00 |
| 140 | 1405 | OT PREMIUM | Sep 4, 2006 | Oct 6, 2006 | $96.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 27, 2006 | Sep 22, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 30, 2006 | Sep 22, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 31, 2006 | Sep 22, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 1, 2006 | Sep 22, 2006 | $32.00 | 4:00 |
| 10 | 100 | REC REG GRSS | Sep 2, 2006 | Sep 22, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 3, 2006 | Sep 22, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 6, 2006 | Sep 22, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 7, 2006 | Sep 22, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 8, 2006 | Sep 22, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Sep 9, 2006 | Sep 22, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 16, 2006 | Sep 8, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 17, 2006 | Sep 8, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 18, 2006 | Sep 8, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 19, 2006 | Sep 8, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 20, 2006 | Sep 8, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 23, 2006 | Sep 8, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 24, 2006 | Sep 8, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 26, 2006 | Sep 8, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 30, 2006 | Aug 25, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 3, 2006 | Aug 25, 2006 | $64.00 | 8:00 |

**City Human Resource Management System**
**City of New York**
**Pay Inquiry for**

Run Date: 5/13/10
Run Time: 9:44 AM

| HOLMES, BENJAMIN | 0333620 | A | 846 - DPR | JOB TRAINING PARTICIPANT | $8.16 |

Between Jan 1, 2006 and Dec 31, 2006

| Bal Num | Event Type | Event Description | Date Earned | Date Paid | Amount | Hours |
|---|---|---|---|---|---|---|
| 10 | 100 | REC REG GRSS | Aug 4, 2006 | Aug 25, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 5, 2006 | Aug 25, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 6, 2006 | Aug 25, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 9, 2006 | Aug 25, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 10, 2006 | Aug 25, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 11, 2006 | Aug 25, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Aug 12, 2006 | Aug 25, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 16, 2006 | Aug 11, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 19, 2006 | Aug 11, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 20, 2006 | Aug 11, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 21, 2006 | Aug 11, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 22, 2006 | Aug 11, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 23, 2006 | Aug 11, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 26, 2006 | Aug 11, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 27, 2006 | Aug 11, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 28, 2006 | Aug 11, 2006 | $40.00 | 5:00 |
| 10 | 100 | REC REG GRSS | Jul 29, 2006 | Aug 11, 2006 | $64.00 | 8:00 |
| 140 | 1405 | OT PREMIUM | Jul 20, 2006 | Aug 11, 2006 | $60.00 | 5:00 |
| 10 | 100 | REC REG GRSS | Jul 2, 2006 | Jul 28, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 4, 2006 | Jul 28, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 5, 2006 | Jul 28, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 7, 2006 | Jul 28, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 8, 2006 | Jul 28, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 9, 2006 | Jul 28, 2006 | $64.00 | 8:00 |
| 140 | 1405 | OT PREMIUM | Jun 26, 2006 | Jul 28, 2006 | $96.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 18, 2006 | Jul 14, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 20, 2006 | Jul 14, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 21, 2006 | Jul 14, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 23, 2006 | Jul 14, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 24, 2006 | Jul 14, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 25, 2006 | Jul 14, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 27, 2006 | Jul 14, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 28, 2006 | Jul 14, 2006 | $64.00 | 8:00 |

**City Human Resource Management System**
**City of New York**
**Pay Inquiry for**

Run Date: 5/13/10
Run Time: 9:44 AM

| HOLMES, BENJAMIN | 0333620 | A | 846 - DPR | JOB TRAINING PARTICIPANT | $8.16 |

Between Jan 1, 2006 and Dec 31, 2006

| Bal Num | Event Type | Event Description | Date Earned | Date Paid | Amount | Hours |
|---|---|---|---|---|---|---|
| 10 | 100 | REC REG GRSS | Jun 29, 2006 | Jul 14, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jul 1, 2006 | Jul 14, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 4, 2006 | Jun 30, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 7, 2006 | Jun 30, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 8, 2006 | Jun 30, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 9, 2006 | Jun 30, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 10, 2006 | Jun 30, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 11, 2006 | Jun 30, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 14, 2006 | Jun 30, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 15, 2006 | Jun 30, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 16, 2006 | Jun 30, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 17, 2006 | Jun 30, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | May 21, 2006 | Jun 16, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | May 24, 2006 | Jun 16, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | May 26, 2006 | Jun 16, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | May 27, 2006 | Jun 16, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | May 28, 2006 | Jun 16, 2006 | $60.00 | 7:30 |
| 10 | 100 | REC REG GRSS | May 31, 2006 | Jun 16, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 1, 2006 | Jun 16, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 2, 2006 | Jun 16, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | Jun 3, 2006 | Jun 16, 2006 | $64.00 | 8:00 |
| 140 | 1400 | OT STRAIGHT | May 29, 2006 | Jun 16, 2006 | $4.00 | 0:30 |
| 140 | 1405 | OT PREMIUM | May 29, 2006 | Jun 16, 2006 | $90.00 | 7:30 |
| 10 | 100 | REC REG GRSS | May 18, 2006 | Jun 2, 2006 | $44.00 | 5:30 |
| 10 | 100 | REC REG GRSS | May 19, 2006 | Jun 2, 2006 | $64.00 | 8:00 |
| 10 | 100 | REC REG GRSS | May 20, 2006 | Jun 2, 2006 | $60.00 | 7:30 |
| Total: | | | | | $8197.36 | 994:30 |





**City Of New York**
**Parks & Recreation**

Borough of the Bronx

Ranaqua
1 Bronx River Parkway
Bronx, New York 10462

The Arsenal
Central Park
New York, New York 10021

Adrian Benepe
Commissioner



PARKSOPPORTUNITYPROGRAM

## Parks Opportunity Job Training Program
## Ranaqua

This letter is to verify that Benjamin Holmes attended job interviews on November 13, 14 &15, 2006

Please credit him/her **24** hours of work on his/her timecard.

If you have any questions please call (718) 430-4634.

Thank You,

William Munoz
**Employment Specialist**

www.nyc.gov / parks



## Form 1

Before submitting, please make sure the following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

| | | |
|---|---|---|
| S U N | | |
| M O N | Per Doc Attached (2) | |
| T U E | | |
| W E D | | |
| T H U | | |
| F R I | | |
| S A T | | |

**Reasons for CT, Paid OT and / or Remarks**

I/We attest to the accuracy of all time and leave information.

_____ EMPLOYEE'S SIGNATURE       _____ DATE

SUPERVISOR'S AUTHORIZATION       _____ DATE

## Form 2

Before submitting, please make sure the following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

| | | |
|---|---|---|
| S U N | | |
| M O N | See Attached notes | |
| T U E | See Attached note | |
| W E D | | |
| T H U | | |
| F R I | | |
| S A T | | |

**Reasons for CT, Paid OT and / or Remarks**

I/We attest to the accuracy of all time and leave information.

_____ EMPLOYEE'S SIGNATURE       10/22/06 DATE

SUPERVISOR'S AUTHORIZATION       _____ DATE

## Form 3

Before submitting, please make sure the following information appears on timecard:

1. Regular Tour of Duty
2. Time In and Time Out
3. Indicate AM & PM hours
4. Lunch Hours
5. CT / Paid OT Hours Earned & Reasons
6. Leave Usage (Sick, Annual, Comp. Time, etc.)
7. Attach All Necessary Documentation
8. Supervisor's Signature

| | | |
|---|---|---|
| S U N | | |
| M O N | | |
| T U E | | |
| W E D | | |
| T H U | | |
| F R I | | |
| S A T | | |

**Reasons for CT, Paid OT and / or Remarks**

I/We attest to the accuracy of all time and leave information.

_____ EMPLOYEE'S SIGNATURE       10/15/0 DATE

SUPERVISOR'S AUTHORIZATION       _____ DATE



**City Of New York**
**Parks & Recreation**

The Arsenal
Central Park
New York, New York 10021

Adrian Benepe
Commissioner

Borough of the Bronx

Ranaqua
1 Bronx River Parkway
Bronx, New York 10462



### Parks Opportunity Job Training Program
### Ranaqua

This letter is to verify that Benjamin Holmes attended job interviews on November 13, 14 & 15, 2006

Please credit him/her **24** hours of work on his/her timecard.

If you have any questions please call (718) 430-4634.

Thank You,

William Munoz
**Employment Specialist**

www.nyc.gov / parks